UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-670 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL RUBASCH, Defendant, D. HART DESIGNS, INC., Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on July 30, 2003, is hereby released.

Dated: 8/15/03

Magistrate Judge
United States District Court

FILED AUG 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK