UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-0670 (RHK/JMM)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
MICHAEL RUBASCH, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 22nd day of April, 2005

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge