AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-cv-670 RHK/JMM**

0541-0208-0607-F

Michael Rubasch

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Michael Rubasch

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Minneapolis, MN

s/Lisa Duda

(By) Lisa Duda, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS

ARRESTED ON ______________ DATE 4-22-05
ARRESTED BY ______________ RETURNED UNEXECUTED Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______________

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]